Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LStone@shookandstone.com

Attorneys for Plaintiff Priscilla Belen Salomon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRISCILLA BELEN SALOMON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01706-BNW<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Priscilla Belen Salomon and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 10, 2026 to October 8, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules

for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. Counsel had to leave town unexpectedly on a personal matter and needs the additional time to fully research the issues presented.

///

///

///

The parties request that the briefing schedule be modified as follows: Plaintiff will file her opening brief by October 8, 2026. Defendant will file his answering brief by November 9, 2026. Plaintiff may file any optional reply within 14 days of the service of the Commissioner's answering brief. The parties make this request in good faith with no intention to unduly delay the proceedings

DATE: September 8, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ____________________________
Marc V. Kalagian
Attorney for plaintiff Priscilla Belen Salomon

DATE: September 8, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: ____________________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

____________________________
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2026

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:26-CV-01706-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 8, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

Marc V. Kalagian
Attorneys for Plaintiff